■ The People of the State of New York, Respondent, v Johnnie McMillon, Appellant. (Appeal No. 2.) [821 NYS2d 545]—Appeal from a resentence of the Erie County Court (Timothy J. Drury, J.), rendered February 10, 2005. Defendant was resentenced upon his conviction of attempted robbery in the second degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.

■ The People of the State of New York, Respondent, v Freddie Cash, Appellant. [821 NYS2d 520]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 3, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.